**UNITED STATES DISTRICT COURT**  **CRIMINAL SENTENCING MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 11/13/2006    CASE NUMBER: CR 05-00472-001-PHX-DGC

Hon. DAVID G. CAMPBELL, United States District Judge  #: 7031

USA vs. Robert Francis Alexander

DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Custody

Deputy Clerk Lisa Richter    Crt Rptr/ECR: Patricia Lyons

A.U.S. Attorney Michelle Hamilton-Burns and Lisa Roberts

Interpreter
Language

Attorney for Defendant Michael S. Ryan (Appointed)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

## JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
on Ct(s) __  ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 96 Months on Ct(s) 11

☒ Supervised release term of 3 Years by law on Ct(s) 11

☐ Fine of $0.00 on Ct(s) 11    TOTAL FINE $0.00

☒ Restitution of $9,923,225.55 ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of $100.00 pursuant to 18 U.S.C. 3013 on Ct(s) 11

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed as to this defendant

☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court accepts the plea agreement.

☐ Other: