JOHN S. LEONARDO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
Financial Litigation Unit
405 W. Congress Street, #4900
Tucson, Arizona  85701-5041
Telephone:  (520)620-7300
Denise.Faulk@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-00472-001-PHX-DGC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Robert F. Alexander, | |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant U.S. Attorney **Denise Ann Faulk** is hereby substituted as counsel for the government in the above-captioned case.

DATED:  September 22, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
Denise Ann Faulk
Assistant U.S. Attorney